*Stuart D. Rosen, Ann M. Siczewicz* and *Michael D. Blanchard,* in support of the petition.

*Stephen E. Pliakas,* in opposition.

Decided September 10, 2008

## STATE OF CONNECTICUT *v.* RONNIE SMITH

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 433 (AC 27009), is denied.

*Michael Stone,* special public defender, in support of the petition.

*Kathryn Ward Bare,* deputy assistant state's attorney, in opposition.

Decided September 16, 2008

## WANDA BOBINSKI *v.* TADEUSZ KALINOWSKI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 622 (AC 28066), is denied.

*Anthony E. Parent,* in support of the petition.

Decided September 16, 2008